SIROIS, Appellant, v. SIROIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Arthur Sirois against Alexandrine Sirois and others. No opinion. Motion denied, on condition that appellant perfect his appeal, place the cause on the May calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

SIVAK v. ANDREWS. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Anna Sivak against Geo. F. Andrews. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 140 N. Y. Supp. 1146.

SIVAK, Respondent, v. ANDREWS, Appellant. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Anna Sivak against George F. Andrews. R. D. Fuller, of New York City, for appellant. L. B. Treadwell, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 140 N. Y. Supp. 1146.

SKINNER, Respondent, v. DENTON, Appellant. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by James H. Skinner against Jacob I. Denton.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiffs stipulate to reduce the recovery of damages to the sum of $500, exclusive of the taxed costs, in which event the judgment, as so modified, and the order, are affirmed, without costs. See, also, 152 App. Div. 932, 137 N. Y. Supp. 1143.

In re SMITH. (Supreme Court. Appellate Division, Fourth Department. March 19, 1913.) In the matter of Charles A. B. Smith, an attorney and counselor at law. No opinion. Issues raised by the petition and answer referred to Frank Rice, an attorney residing at Canandaigua, N. Y., to take the proofs thereon and return the same to this court, together with his opinion thereon. See, also, 140 N. Y. Supp. 1146.

In re SMITH. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) In the matter of Charles A. B. Smith, attorney and counselor at law. No opinion. Frank Rice, Esq., heretofore appointed as referee herein, having declined to act, the matter is referred to Hon. William Carter, of Avon. See, also, 140 N. Y. Supp. 1146.

SMITH et al., Appellants, v. BARTLETT, Respondent. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by William E. T. Smith and others against John J. Bartlett. No opinion. Orders affirmed, with costs. See, also, 131 App. Div. 915, 115 N. Y. Supp. 1144.

SMITH, Appellant, v. ROSENBLOOM, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Edwin C. Smith, as trustee, etc., against Morris Rosenbloom. No opinion. Judgment and order affirmed, with costs. New trial to be had in Rochester Municipal Court on the 2d day of April, 1913, at 10 a. m.

SNYDER, Respondent, v. FRANK L. FISHER CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Action by Veda E. Snyder against the Frank L. Fisher Company and others. W. S. Haskell of New York City, for appellants. B. L. Hollander, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 138 N. Y. Supp. 1143.

SORCELLI, Appellant, v. PATTERSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by John Sorcelli against John W. Patterson and another. No opinion. Motion to dismiss appeal granted, with $10 costs.

SPEAR et al., Respondents, v. THIRTY-FIVE PER CENT. AUTOMOBILE SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by Henry C. Spear and others against the Thirty-Five Per Cent. Automobile Supply Company. No opinion. Judgment and order affirmed, with costs.

SPENCER et al., Appellants, v. ALLEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by H. Burton Spencer and others against Jesse B. Allen. No opinion. Judgment affirmed, with costs.

SPIRN, Appellant, v. LADINSKI, Respondent. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Celia Spirn against Louis Ladinski. S. Dickstein, of New York City, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SQUIRES v. SALZANO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Grant Squires, as executor, against Lucia Di M. Salzano. No opinion. Application granted and order resettled; appellant to have costs and disbursements of the appeal. Settle order on notice.

SQUIERS v. SCHEUER et al. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Arnon L. Squiers, as trustee, against Hattie Scheuer, impleaded